Wilbert HUNTER, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 62290.

Missouri Court of Appeals,
Eastern District, Division One.

Feb. 2, 1993.

Loyce Hamilton, S. Paige Canfield, Public Defenders, St. Louis, for appellant.

John Munson Morris III, Michael J. Runzi, Office of the Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary

hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).